United States District Court
Southern District of Texas
**ENTERED**
January 05, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| SILVESTRE HERNANDEZ HERNANDEZ, "Petitioner," <br><br> v. <br><br> WARDEN, PORT ISABEL SERVICE DETENTION CENTER, et al., "Respondents." | § § § § § § § § § § | Civil Action No. 1:25-cv-00337 |

## ORDER

Before the Court is Petitioner's "Notice of Voluntary Dismissal" (Dkt. No. 4) ("Motion"). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Petitioner's Motion is **GRANTED** and Petitioner's claims against Respondents are **DISMISSED without prejudice**. The parties will bear their own attorney's fees, expenses, and costs of the Court. The Clerk of the Court is hereby **ORDERED** to close this case.

Signed on January 5, 2026.

_____
Rolando Olvera
United States District Judge